UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:06:CR:43

v.

                                       HON. GORDON J. QUIST

ARTHUR LEON JONES, JR.,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed April 18, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Arthur Leon Jones' plea of guilty to Count Two of the Indictment is accepted. Defendant Arthur Leon Jones is adjudicated guilty.


Dated: May 3, 2006                                                        /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                                  UNITED STATES DISTRICT JUDGE